■ In the Matter of LEGAL AID SOCIETY, Respondent, v NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES et al., Appellants. [930 NYS2d 887]—

The petitioner sought disclosure under the Freedom of Information Law (Public Officers Law § 84 *et seq.*; hereinafter FOIL) of certain medical records. Though the appellants agreed to disclose the records, they did so under Public Health Law § 18,

imposing a copying fee of 50 cents per page. The petitioner objected on the ground that it made a FOIL request, subject to a copying fee of only 25 cents per page, rather than a request pursuant to the Public Health Law. The petitioner commenced this proceeding pursuant to CPLR article 78, and the Supreme Court determined that the petitioner had made a proper FOIL request for which a fee of only 25 cents per page should have been imposed. We agree.

"FOIL imposes a broad standard of open disclosure upon agencies of the government [and] [d]ocuments in the possession of public agencies are presumptively discoverable under FOIL, unless the agency can point to a specific statutory exemption" (*Matter of Mantica v New York State Dept. of Health*, 94 NY2d 58, 61 [1999] [citations omitted]). Here, there is no such statutory exemption. The fact that an individual "could obtain his records . . . pursuant to section 18 [of the Public Health Law] does not diminish his right to obtain them under FOIL" (*id.* at 63; *but see Matter of Pratt v Goord*, 20 AD3d 827, 827-828 [2005]).

The appellants' remaining contentions are without merit. Rivera, J.P., Balkin, Hall and Cohen, JJ., concur.